# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| Giovonni Mason, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:23-cv-001220 |
| | ) | |
| v. | ) | |
| | ) | |
| AmSher Collection Services, Inc.; and | ) | |
| Experian Information Solutions, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

Having reviewed Plaintiff Giovonni Mason's ("Plaintiff") Motion to Dismiss Defendant Experian Information Solutions, Inc. Only With Prejudice, and finding good cause to grant the same, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion to Dismiss Defendant Experian Information Solutions, Inc. Only With Prejudice is **GRANTED**. Plaintiff's claims against Defendant Experian Information Solutions, Inc. are **DISMISSED with prejudice**. Each party shall bear its own fees and costs.

SO ORDERED, this 29th day of July, 2024.


*s/ James R. Knepp II*
JAMES R. KNEPP II
UNITED STATES DISTRICT JUDGE